IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARLENE GENISE MATHERSON, | ) |
| Claimant, | ) |
| v. | ) Case No. 2:12-cv-03588-KOB- |
| CAROLYN W. COLVIN, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

**MEMORANDUM OPINION**

The magistrate judge filed a report and recommendation on January 10, 2014, recommending that the court affirm the Commissioner's decision denying the claimant Supplemental Security Income and Disability Insurance Benefits. (Doc. 13). No party filed any objections.

The court has carefully reviewed and considered *de novo* all the materials in the court file, including the magistrate judge's report and recommendation, the parties' briefs, and the record in this case. The court ADOPTS the magistrate judge's report and ACCEPTS his recommendation that the court AFFIRM the Commissioner's decision. The court finds that the ALJ properly applied the applicable legal standards and that substantial evidence supports his decision that the claimant is not entitled to disability benefits.

The court will enter an separate Order in conformity with this Memorandum Opinion.

DONE and ORDERED this 10th day of February, 2014.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE